

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00819-CV

**THE FREDERICKSBURG CARE COMPANY L.P.**, d/b/a Princeton Place Rehabilitation and Healthcare Medical Center,
Appellant

v.

Janie **RODRIGUEZ**, Individually and as Representative of the Estate of Benita Ybarra, Deceased, Arnulfo C. Ybarra, Jr., Individually, Irma C. Jennings, Individually, and Arnulfo N. Ybarra, Individually,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08982
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

In this accelerated appeal, Appellants' brief was due to be filed on December 27, 2013. This court granted Appellants' first motion for extension of time to file the brief until January 16, 2014. On January 13, 2014, Appellants filed an unopposed second motion for extension of time to file the brief until January 27, 2014, for a total extension of thirty days.

Appellants' motion is GRANTED. Appellants' brief must be filed with this court by January 27, 2014. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court